EDNA CONROY MARTINDELL, PLAINTIFF-RESPONDENT, v. JACKSON MARTINDELL, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. McGlynn, Weintraub & Stein* for the petitioner.

*Messrs. Levy, Fenster & McCloskey* and *Mr. Saul Tischler* for the respondent.

November 7, 1955.

PHILIP D'AMICO, PLAINTIFF-PETITIONER, v. EMIL J. SADLOCH, MAYOR, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Carmen M. Belli* and *Mr. Frank J. Cuccio* for the petitioner.

*Mr. Ervan F. Kushner* and *Mr. Theodore R. Ciesla* for the respondents.